**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

CARMELO FLORES SANTOS

Debtor(s)

RECEIVED AND FILED  Case No. 04-02552
CASHIER 2
Chapter 13

04 MAR -9 AM 9:34

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/05/2004         ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __430.00__ x __60__ = $ __25,800.00__
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ __25,800.00__

Additional Payments:
$ __1,500.00__ to be paid as a LUMP SUM within __60 month__ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☑ Other:
__Savings &/or increase of salary__
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ __27,300.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __1,300.00__

Signed: _/s/ Carmelo F. S._
Debtor

_____
Joint Debtor

Attorney for Debtor __R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW__   Phone: __(787) 744-7699__

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____    Cr. ____    Cr. ____
# ____     # ____      # ____
$ ____     $ ____      $ ____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **DAIMLER CHRYSLER**  Cr. ____    Cr. ____
# **000010120090278**      # ____      # ____
$ __22,500.00__            $ ____      $ ____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____    Cr. ____    Cr. ____
# ____     # ____      # ____
$ ____     $ ____      $ ____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: _see below_

5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
                ☐ Paid 100% / ☐ Other: ____
Cr. ____    Cr. ____    Cr. ____
# ____     # ____      # ____
$ ____     $ ____      $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
LV 0

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.

Insurance for Daimler Chrysler's collateral w/Universal Insurance Company [@$47x 22 mo. = @$1,034]. Maturity date: @5/04/07.

