**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

CARMELO FLORES SANTOS

Debtor(s)

RECEIVED AND FILED Case No. 04-02552
CASHIER 2
Chapter 13

04 MAR -8 AM 9:34

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/05/2004
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 430.00 x 60 = $ 25,800.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 25,800.00

Additional Payments:
$ 1,500.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☑ Other:
**Savings &/or increase of salary**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 27,300.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,300.00

Signed: _____
Debtor

Joint Debtor

Attorney for Debtor R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **DAIMLER CHRYSLER** Cr. ___  Cr. ___
# **000010120090278**  # ___  # ___
$ **22,500.00**  $ ___  $ ___

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: *see below*

5. ☐ Other: ___

6. ☐ Debtor otherwise maintains regular payments directly to: ___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
LV 0

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.

**Insurance for Daimler Chrysler's collateral w/Universal Insurance Company [@$47x 22 mo. = @$1,034). Maturity date: @5/04/07.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3         User: MGR              Page 1 of 1              Date Rcvd: Mar 12, 2004
Case: 04-02552GAC            Form ID: I01           Total Served: 15


The following entities were served by first class mail on Mar 14, 2004.
 D            FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS, PR 00726
 DA           ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN, PR 00919-3677
              AUTORIDAD ENERGIA ELECTRICA,    PO BOX 4267,    SAN JUAN, PR 00936
              CAMARA DE COMERCIANTES MAYORISTAS,    PO BOX 195337 HATO REY STA,    SAN JUAN, PR 00919-5337
              DEPARTAMENTO DE HACIENDA,    PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902-4140
              DEPT JUSTICE-FEDERAL LITIGATION,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
              INTERNAL REVENUE SERVICES,    2 AVE PONCE DE LEON ROOM 1014,    EDIF MERCANTIL PLAZA STEP 27 1/2,
                SAN JUAN, PR 00918-1693
              PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE 12 FLOOR,
                SAN JUAN, PR 00918
              STATE INSURANCE FUND,    PO BOX 365028,    SAN JUAN, PR 00936-5028
              US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
 1            DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR 00919-5286
 2            ISLAND FINANCE,    PO BOX 195369,    SAN JUAN, PR 00919-5369
 3            PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN, PR 00936-0998
 4            VERIZON WIRELESS,    PO BOX 70366,    SAN JUAN, PR 00936-8366

The following entities were served by electronic transmission on Mar 12, 2004 and receipt of the transmission
was confirmed on:
 T            E-mail: ebnmail@ch13-pr.com Mar 12 2004 19:27:05     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
                SAN JUAN, PR 00902-3884
                                                                                                 TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2004**              **Signature:**    *Joseph Speetjens*