TO: UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**1341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**

7-8-04

DEBTOR NAME: CARMELO FLORES SANTOS         CASE NO. 04-02552-G

TAPE NO. IB 16.5   TIME 11:15

1) DEBTOR(S):
   [✓] PRESENT  [ ] NOT PRESENT

   ATTY: *ROBERTO FIGUEROA CARRASQUILL*
   R2016 STM. $1,500.00

2) DEBTOR(S) EXAMINED UNDER OATH:
   [✓] YES  [ ] NO

6) PLAN: DATED Fri Mar 05, 2004
   BASE $ 27,300.00
   [✓] HAS BEEN FILED
   [ ] HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:
   [✓] PRESENT _____
   [ ] NOT PRESENT

7) MEETING: [✓] CLOSED
   [ ] CONTINUED TO: _____
   [ ] NOT HELD

4) COMPLETED SCHEDULE:
   [✓] FILED  [ ] NOT FILED

5) CREDITORS:
   [ ] NOT PRESENT
   [✓] PRESENT  Treasury

8) FIRST PAYMENT DUE: Thu Apr 08, 2004
   [ ] TENDERED AT 341 MEETING
   [ ] EVIDENCE SHOWN  #0818  $430

9) DEBTOR ATTORNEY R2016(b) STATEMENT
   [✓] HAS BEEN FILED
   [ ] HAS NOT BEEN FILED

10) LIQUIDATION VALUE $ 0

=========================================================================
TRUSTEE'S RECOMMENDATION FOR CONFIRMATION
CONF. DATE Thu Jul 08, 2004   TIME 8:30 AM

[ ] FAVORABLE AT 341          [ ] CONTINUED          [✓] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[✓] FAILS DISPOSIBLE INCOME TEST    Debtor receives yearly salary
[✓] INSUFFICIENTLY FUNDED SEC 1325(b)   increase of $2,000
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)(4)
[ ] AMENDED PLAN, [ ] AMENDED SCHEDULES _____
[ ] NEED TO PROVIDE: [ ] INSURANCE OR  [✓] AMOUNT OF PREMIUM
[ ] CHANGE [ ] STATE / [ ] ADDRESS   [ ] SOCIAL SECURITY _____
[ ] BUSINESS: [ ] MONTHLY REPORTS _____

MOTION TO DISMISS (MTD):
[ ] 10 DAYS IF NO PAYMENT   [ ] NO SHOW   [ ] NO PAYMENTS

COMMENTS: _____

_____              April 20, 2004
TRUSTEE OR PRESIDING OFFICER                 DATE