IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:
**CARMELO FLORES SANTOS**

Debtor(s).

Case No.: **04-02552 GAC**

Chapter 13

## TRUSTEE'S REPORT ON CONFIRMATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

☑ Meeting of creditors §341 was held on **April 20, 2004** or ☐ has not been held // ☐ Report re: Local Rule 3015.

☐ PCM: This is the Trustee's position regarding the request, under 11 U.S.C. §1329, for a post confirmation modification of a plan.

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**. R2016 STM. **$1,500.00**

With respect to the proposed (amended) Plan dated: **March 05, 2004**. Plan Base: **$27,300.00**.

| ATTORNEYS FEES: | $1,300.00 | Paid: | $0.00 | Outstanding: | $1,300.00 |

The Trustee's Comments and Recommendation is as follows: ☐ **FAVORABLE** ☑ **UNFAVORABLE**

The Trustee's Report & Recommendation is based in the following grounds:

☑ **INSUFFICIENTLY FUNDED:** ☑ 11 U.S.C. §1322(a)(2) ☑ §1325(b):
Insufficiently funded to pay secured and priority claims.

☐ Plan fails CREDITORS' BEST INTEREST TEST [11 U.S.C. §1325(a)(4)]:

☐ Plan has NOT been proposed in GOOD FAITH [11 U.S.C. §1325(a)(3)]

☐ Proposed Plan NOT dated. [Bankruptcy Rule 3015(c)]

☐ Proposed Plan length exceeds 60 months. [§1322(d)]

[ ] UNFAIR DISCRIMINATION [11 U.S.C. §1325(a)(3) & (b)(1)]

☑ **FEASIBILITY** [11 U.S.C. §1325(a)(6)] plan payments arrears are = **$860.00** = **2.00** PMTs.
Debtor is in arrears for the months of May and June 2004.

☑ FAILS DISPOSABLE INCOME TEST [11 U.S.C. §1325(b)]:
Debtor received yearly salary increases in the amount of $2000.00.

☑ Debtor(s) has/have failed to comply with her/his/their duties as a Debtor(s), debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors. Please refer to §341 Creditors Meeting minutes. [11 USC §521]

☑ Failure to provide insurance to secured creditor or ☑ to state the insurance premium amount [11 U.S.C. §361].

☑ **OTHER/COMMENTS:**
(1) Proposed plan is insufficient to pat secured claim # 1 and priority claim of insurance carrier. (2) Debtor has failed to proffer insurance premium. (3) Debtor admitted to yearly salary increases of $2000.00 not reflected in proposed plan.

   WHEREFORE the Trustee respectfully ☑ **OBJECTS** ☐ **DOES NOT OBJECT** to the confirmation of the proposed Chapter 13 Plan for the reasons herein set forth. RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: Pursuant to Bankruptcy rule 3015(f) and Local Rule 3015(b) the Chapter 13 Trustee herewith certified that a copy of this Report on Confirmation has been served by first class mail on this same date to the Debtor's attorney, *ROBERTO FIGUEROA CARRASQUILL* and to the Debtor(s), to their address of record.

In San Juan, Puerto Rico this **June 21, 2004**

RAFAEL ESCALANTE, STAFF ATTORNEY
JOSÉ R. CARRION, CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550