IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FLORES SANTOS, CARMELO

Debtor(s)

CASE NO. 04-02552

Chapter 13

ATTY: FIGUEROA-CA

## MINUTES CONFIRMATION HEARING

1. **MATTERS PENDING:** CHAPTER 13 Plan dated 03/05/04. (Dkt.#3)

2. **PARTIES PRESENT:** ___ Trustee ___ Debtor(s) ___ Debtor's Atty ___ Creditors: _____

3. **ACTION TAKEN BY THE COURT:**

   ___ a). **Plan Confirmed** (Date:_____ dkt_____ ) separate order will be entered.
   □ Amended plan is confirmed. Subject to notice to all creditors and no objection filed in 20 days

   ___ b). **Partial Confirmation** separate order will be entered.
   □ Attorney's fees awarded in the amount of $1,500 □ other $_____

   ___ c). **Confirmation denied** for the following reason(s):
   □ Insufficiently funded: □ 11 U.S.C. §1322 (a)(2) □ §1325 (b)
   □ Fails creditors' best interest test [11 U.S.C. §1325 (a)(4)]
   □ Not been proposed in good faith [11 U.S.C. §1325 (a) (3)]
   □ Unfair discrimination [11 U.S.C. §1325 (a)(3) & (b)(1)]
   □ Feasibility [11 U.S.C. §1325 (a)(6)] plan arrears are _____
   □ Fails disposable income test [11 U.S.C. §1325 (b) ]
   □ Failure to provide information requested at 341 meeting [11 U.S.C. § 521]
   □ No insurance to secured creditor [11 U.S.C. §361]

4. **Motion to withdraw Objection to conf./MTD by** _____ dkt _____ is Granted.

5. **Confirmation Hearing RESCHEDULED to:** _____ at _____. Notice given in open Court.

6. **New 341 meeting scheduled for** _____ at _____. Notice by trustee.

7. **Clerk to f/up and return to chambers NLT** __8-7-04__ **for court to take pending action:**
   _____ confirmation __X__ dismiss/convert _____ grant obj. to claim _____ Other

### ORDER OF THE COURT:

1.) ____ **Local Bankruptcy Rule 3015 applies.** Debtor has ___ days to _____
_____ and file evidence of compliance with the Clerk.

2.) ____ Upon debtor(s) failure to attend the confirmation hearing and for failure to cure arrears to trustee, **the case is DISMISSED.** Trustee awarded $65.00 in costs.

3.) ____ Trustee has _____ days to file motion to dismiss/convert.

4.) ____ Motion requesting conversion by _____ is **GRANTED.** _____ to pay conversion fee NLT 10 days.

5.) ____ Motion requesting dismissal by _____ is **GRANTED.** ____ Trustee is awarded $65.00 cost, if funds are available.

6.) Other:

GERARDO A CARLO
UNITED STATES BANKRUPTCY JUDGE

Date: Jul 8, 2004 08:30 am

By: LIZETTE FELIBERTI