IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**CARMELO FLORES SANTOS**

Debtor(s)

Case No.: **04-02552 GAC**

Chapter 13

## TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

    **NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

    1.    There is CAUSE for this case dismissal as the Debtor(s) is (are) in **material default** with respect to the terms of the confirmed plan (or proposed plan). As of **July 07, 2004** the default is equal to **$860.00**, or **2** month(s). 11 U.S.C. §1307(c)(6)

    2.    Current **plan Base is insufficient** to allow compliance with the plan disbursement schedule. 11 USC §1325(a)(6)

    3.    There is CAUSE for this case dismissal as the above described default and/or situation constitutes an **unreasonable delay** prejudicial to creditors. 11 U.S.C. 1307(c)(1)

    **WHEREFORE** the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for *cause* pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

    **30 DAYS NOTICE:** In accordance with local *General Order No. 97-01*, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion to dismiss is submitted in writing within **30** days from the date appearing in the certificate of service, infra, the Court may grant this motion, or convert the case to a Chapter 7, without a hearing.

    **CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 2002(f) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(s) and her/his/their attorney, to all Creditors and to all Parties in Interest, to their respective address of record as they appear in the attached Master Address List.

In San Juan, Puerto Rico this ___7___ day of ___July___, 2004.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550

BY: _____

Department of Defense Manpower Data Center     JUL-07-2004 04:51:14



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| FLORES | CARMELO | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*(signature)*

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
**CARMELO FLORES SANTOS**

Debtor(s)

Case No.: **04-02552 GAC**

Chapter 13

## AFFIDAVIT FOR DEFAULT JUDGEMENT
## PURSUANT TO SECTION 201(b)(4)
## OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I, Marayda Rivera Cantres, clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sing this affidavit,

In San Juan, Puerto Rico, July 07, 2004.

_____

The undersigned hereby certifies that a true copy of the foregoing document was mailed, by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE<br>SAN JUAN PR | 00918 |
| DAIMLER CHRYSLER SERV<br>PO BOX 191635<br>SAN JUAN PR | 00919 | UNIVERSAL INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN PR | 00902 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR | 00936 |
| VERIZON WIRELESS<br>C/O SANDRA E TORRES ESQ<br>PO BOX 360998<br>SAN JUAN PR | 00936 | CRYSLER CREDIT PUERTO RICO<br>PO BOX 191635<br>SAN JUAN PR | 00919 |
| CARMELO FLORES SANTOS<br>HMB 493 BOX 4952<br>CAGUAS PR | 00726 | | |

DATED: July 7, 2004

MARAYDA RIVERA
OFFICE OF THE CHAPTER 13 TRUSTEE