IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

FLORES SANTOS, CARMELO

XXX-XX-6351

Debtor(s)

CASE NO. 04-02552 GAC

Chapter 13

**FILED & ENTERED ON 9/30/2004**

## ORDER DISMISSING CASE

Upon the trustee's application for dismissal of the above captioned case on the grounds that the debtor(s) failed to comply with the plan and the payments required thereunder, and the debtor(s) having failed to timely reply to said motion,

IT IS ORDERED that this case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case.  The Clerk shall notify this order.  The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 30 day of September, 2004.

Gerardo A. Carlo
U.S. Bankruptcy Judge

cc: All creditors

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3         User: MN              Page 1 of 1              Date Rcvd: Sep 30, 2004
Case: 04-02552GAC            Form ID: I01          Total Served: 15
```

The following entities were served by first class mail on Oct 02, 2004.
```
D        +FLORES SANTOS, CARMELO,    PMB 493 BOX 4952,    CAGUAS,PR 00726-4952
DA        ROBERTO FIGUEROA CARRASQUILL,    PO BOX 193677,    SAN JUAN,PR 00919-3677
          DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
          STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
          DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
         +AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00936-4267
         +PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
           505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918-3352
         +US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1928
1         DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN,PR 00919-5286
2         ISLAND FINANCE,    PO BOX 195369,    SAN JUAN,PR 00919-5369
3         PUERTO RICO TELEPHONE,    PO BOX 360998,    SAN JUAN,PR 00936-0998
4         VERIZON WIRELESS,    PO BOX 70366,    SAN JUAN,PR 00936-8366
5         DAIMLER CHRYSLER SERVICES,    DAY RG LEGAL SERVICES,    PO BOX 191635,    SAN JUAN,PR 00919-1635
6         VERIZON WIRELESS,    SANDRA E TORRES ESQ,    PO BOX 360998,    SAN JUAN,PR 00936-0998
```

The following entities were served by electronic transmission on Sep 30, 2004 and receipt of the transmission was confirmed on:
```
T         E-mail: ebnmail@ch13-pr.com Sep 30 2004 22:05:04     JOSE RAMON CARRION MORALES,    PO BOX 9023884,
            SAN JUAN,PR 00902-3884
                                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2004**         **Signature:** _Joseph Speetjens_