UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: CARMELO FLORES SANTOS
PMB 493 BOX 4952
CAGUAS PR
00726-4952

CASE No.

04-02552-G

JUDGE: GERARDO A. CARLO

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-6351
SS#2 -

This Case was Commenced on Mar 9, 2004

The Plan was Confirmed on

The Case was Concluded on Oct 29, 2004

THE SUBJECT CASE HAS BEEN DISMISSED BEFORE CONF

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.                                                              $    430.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| CRYSLER CREDIT PUERTO RICO | NOTICE ON | .00 | .00 | .00 | .00 |
| DAIMLER CHRYSLER SERV  2001 CHRY NEON | CAR IN FU | 22781.40 | .00 | .00 | .00 |
| ISLAND FINANCE | UNSECURED | 3150.00 | .00 | .00 | .00 |
| PUERTO RICO TELEPHONE COMPAN | UNSECURED | .00 | .00 | .00 | .00 |
| UNIVERSAL INSURANCE COMPANY  0001 | PRIORITY | .00 | .00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1037.73 | .00 | .00 | .00 |
| CARMELO FLORES SANTOS | REFUND | 365.00 | 365.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT ALL | 22781.40 | .00 | 4187.73 | | 365.00 | 27334.13 | PRINCIPAL |
| PRIN PD | .00 | .00 | .00 | | 365.00 | 365.00 | AND INT. |
| INT PAID | .00 | .00 | .00 | | | .00 | 365.00 |

```
CASE NO. 04-02552-G
DEBTOR(S): CARMELO FLORES SANTOS
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
         DEBTOR'S ATTORNEY              FEE ALLOWED     FEE PAID
*ROBERTO FIGUEROA CARRASQUILL*             1300.00          .00
-------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

FILING FEE    ADDITIONAL CHARGES              TRUSTEE              OTHER
              --------------------      --------------------
& DEPOSIT      1% OF     .25 EA CLAIM   EXP. & COMPENSATION         COST
              RECEIPTS    OVER 10              FUND
----------   ---------- ------------    --------------------     ---------
    .00                      .00           65.00 /      .0          .0     65.00
```

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED:                                        /s/ JOSE R. CARRION
                                              JOSE R. CARRION, TRUSTEE

| | | | |
|---|---|---|---|
| JOSE R CARRION<br>PO BOX 9023854<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br><br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br><br>SAN JUAN PR | 00902 | UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE<br>SAN JUAN PR | 00918 |
| DAIMLER CHRYSLER SERV<br>PO BOX 191635<br>SAN JUAN PR | 00919 | UNIVERSAL INSURANCE COMPANY<br><br>PO BOX 9023862<br>SAN JUAN PR | 00902 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR | 00936 |
| VERIZON WIRELESS<br>C/O SANDRA E TORRES ESQ<br>PO BOX 360998<br>SAN JUAN PR | 00936 | CRYSLER CREDIT PUERTO RICO<br>PO BOX 191635<br>SAN JUAN PR | 00919 |
| CARMELO FLORES SANTOS<br>HC 493 BOX 4952<br>CAGUAS PR | 00726 | | |

DATED December 14, 2004

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 - CASE NO. 04-02552-G