IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CARMELO  FLORES SANTOS

XXX-XX-6351

Debtor(s)

CASE NO. 04-02552 GAC

Chapter 13

FILED & ENTERED ON 6/15/2005

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 9/30/2004. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of June, 2005.

GERARDO  CARLO ALTIERI
U.S. Bankruptcy Judge

CC:    JOSE RAMON CARRION MORALES

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: blancon            Page 1 of 1                Date Rcvd: Jun 15, 2005
Case: 04-02552                Form ID: pdf002          Total Served: 10
```

The following entities were served by first class mail on Jun 17, 2005.
```
db           CARMELO FLORES SANTOS,    VALLE TOLIMA,    P43 CALLE JOSIE PEREZ,    CAGUAS, PR  00727-2358
aty          ROBERTO FIGUEROA CARRASQUILLO,    PO BOX 193677,    SAN JUAN, PR  00919-3677
ust         +EDWARD A. GODOY,    OFFICE OF THE U. S. TRUSTEE,    OCHOA BUILDING, 3RD FLOOR,
              500 TANCA STREET, SUITE 301,    SAN JUAN, PR 00901-1928
ust         +MARIA DE LOS ANGELES GONZALEZ,    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
              500 TANCA ST SUITE 301,    SAN JUAN, PR 00901-1928
ust         +MONSITA LECAROZ ARRIBAS,    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,    500 TANCA STREET   SUITE 301,
              SAN JUAN, PR 00901-1928
ust         +MONSITA LECAROZ ARRIBAS (MM),    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
ust         +NANCY PUJALS,    OFFICE OF THE US TRUSTEE,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
ust         +OFFICE U.S. TRUSTEE,    EXECUTIVE OFFICE OF THE US TRUSTEE,    500 TANCA STREET,    SUITE 301,
              SAN JUAN, PR 00901-1928
ust         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1928
```

The following entities were served by electronic transmission on Jun 15, 2005 and receipt of the transmission was confirmed on:
```
tr           E-mail: ebnmail@ch13-pr.com Jun 15 2005 19:31:16      JOSE RAMON CARRION MORALES,    PO BOX 9023884,
              SAN JUAN, PR  00902-3884
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 17, 2005**        Signature: _Joseph Speetjens_